IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                       No. CV 10-0396 WJ/LAM
                                           CR 07-1865 WJ

RODNEY PAUL TENORIO,

    Defendant/Movant.

## **O R D E R**

**THIS MATTER** is before the Court on Defendant/Movant's *Motion (CV Doc. 1; CR Doc. 103)*, which appears to be a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Pursuant to 28 U.S.C. § 2255 R.4, the Court will order the United States to answer Defendant/Movant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States Attorney a copy of Defendant/Movant's *Motion (CV Doc. 1; CR Doc. 103)* and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, **within twenty-three days from entry of this Order**, the United States answer Defendant/Movant's *Motion (CV Doc. 1; CR Doc. 103)*.

**IT IS SO ORDERED.**

                                                            _Lourdes A. Martinez_
                                                  **UNITED STATES MAGISTRATE JUDGE**