IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

vs.                                                    No. CV 10-0396 WJ/LAM
                                                                        CR 07-1865 WJ

**RODNEY PAUL TENORIO,**

      **Defendant/Movant.**

### ORDER

**THIS MATTER** having come before the Court on the United States' motion for an extension of time (*Doc. 4*), the Court being fully advised in the premises, finds the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the *United States' Motion for Extension of Time in Which to File Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 4)* is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the United States shall respond to defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 **by June 25, 2010**.

**IT IS SO ORDERED.**

                                                                         _____
                                                                          **LOURDES A. MARTÍNEZ**
                                                                          **UNITED STATES MAGISTRATE JUDGE**